licitor *General Reed,* Assistant Attorney General *Blair,* and Messrs. *John MacC. Hudson* and *George T. Stormont* for the United States.

No. 933. GARDNER-DENVER CO. *v.* COMMISSIONER OF INTERNAL REVENUE. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Robert Ash* for petitioner. *Solicitor General Reed,* Assistant Attorney General *Wideman,* and Messrs. *James W. Morris* and *Morton K. Rothschild* for respondent.

No. 935. ROBERTSON *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 936. BROUSE ET AL. *v.* SAME. June 3, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Ashley M. Van Duzer* and *Robert W. Wales* for petitioners. *Solicitor General Reed,* Assistant Attorney General *Wideman,* Mr. *Sewall Key,* and *Miss Helen R. Carloss* for respondent.

No. 942. UNITED STATES *v.* SELLERS. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Solicitor General Reed* and Messrs. *Will G. Beardslee* and *Wilbur C. Pickett* for the United States. Messrs. *Stokes V. Robertson* and *Warren E. Miller* for respondent.

No. 946. VARNELL *v.* COMMISSIONER OF INTERNAL REVENUE. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit